*J<small>ACQUELINE</small> M. J<small>AMES</small>, E<small>SQ</small>.*

| | |
|---|---|
| The James Law Firm | T: (914) 358 6423 |
| 445 Hamilton Avenue | F: (914) 358 6424 |
| Suite 1102 | jjameslaw@optonline.net |
| White Plains, NY 10601 | jacquelinejameslaw.com |

January 18, 2016

The Honorable Judge Lorna G. Schofield
United States District Court
500 Pearl Street
New York, NY 10007-1312

*Re: 1:15-cv-01842-LGS Status Letter Regarding CM/ECF D.E. 25*

Dear Judge Lorna G. Schofield:

  The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This case has been filed as a John Doe against the internet subscriber assigned the referenced IP address 69.203.141.221.

  Per this Court's Order entered on January 13, 2016, there is an initial Conference set for January 19, 2016 at 11:10 a.m. D.E. # 35. Plaintiff regretfully informs this court we are not in communication with the Defendant and therefore were not able to file a joint status letter and proposed joint case management plan by January 15, 2016. Therefore, we have sent this courts Order out to a process server to serve upon defendant as required. However, we have not yet received an affidavit of service.

  Plaintiff intends to file an order to show cause for a default judgment in accordance with this courts individual rules and D.E.# 35. However, Plaintiff but will not be able to submit the order to show cause with proof of service of the courts January 13, 2016 order at the scheduled conference on January 19, 2016.

  Further, plaintiff's counsel's husband was released from the hospital he was hospitalized from January 12 to late January 16, 2016 and must bring him to a follow up medical examination with a specialist in Westchester County in the early afternoon of January 19, 2016.

  In light of the foregoing, Plaintiff respectfully requests an adjournment of the initial pretrial conference until after we have proof of service of this court's January 13, 2016 order on the defendant, so that we may complete our order to show cause the default judgment in accordance with this courts individual rules.

              Respectfully Submitted,

              By: *Jacqueline M. James*
              Jacqueline M. James, Esq. (1845)
              The James Law Firm, PLLC
              445 Hamilton Avenue, Suite 1102
              White Plains, New York 10601

T: 914-358-6423  
F: 914-358-6424  
E-mail: jjameslaw@optonline.net  
*Attorneys for Plaintiff*